THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:24-cv-00302-MR-WCM

| | |
|---|---|
| HUBERT D. GUNTER and MYRA Y. GUNTER, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) **ORDER OF REMAND** ) |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) ) |
| Defendant. | ) ) ) |

**THIS MATTER** is before the Court on the Defendant's Motion to Remand. [Doc. 6]. The Plaintiffs consent to the Defendant's Motion. [Id.].

For the reasons stated in the Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Defendant's Joint Motion to Remand [Doc. 6] is **GRANTED**, and this action is hereby **REMANDED** to the Cleveland County General Court of Justice, Superior Court Division.

The Clerk of Court is respectfully directed to provide a certified copy of this Order to the Cleveland County Superior Court Clerk.

**IT IS SO ORDERED.**

Signed: January 13, 2025

Martin Reidinger
Chief United States District Judge